UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ARMSTRONG,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, OFFICERS STRICKLAND AND PENA and DOE FAIRFIELD POLICE OFFICERS 1 - 25,<br><br>Defendant. | No. 2: 19-cv-01325-KJM-KJN<br><br><br><br>ORDER |

In a minute order filed by the court on January 2, 2020, a status conference was set for January 16, 2020 (ECF No. 9), and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on January 2, 2020, but there was no appearance by Stanley Goff at the January 16, 2020 scheduling conference.

Accordingly, plaintiff's counsel is ordered to show cause on or before January 24, 2020, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

IT IS SO ORDERED.

DATED: January 21, 2020.

CHIEF UNITED STATES DISTRICT JUDGE